1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7    ALAN HARRISON, et al.,                            Case No.  13-cv-01413-JST

          Plaintiffs,
8
     v.                                                **ORDER TO SHOW CAUSE WHY THE**
9                                                      **COURT SHOULD NOT VACATE ITS**
                                                       **PREVIOUS ORDER GRANTING**
10   ROBINSON RANCHERIA BAND OF                        **LEAVE FOR ATTORNEY KITTO TO**
     POMO INDIANS BUSINESS COUNCIL,                    **APPEAR** *PRO HAC VICE*
11        Defendant.

12

13        The Court is in receipt of Chief Judge Wilken's recent order in Swearinger v. Paskenta

Band of Nomlaki Indians Tribal Business Council, Case No. 13-cv-2642-CW (N.D. Cal. Aug. 28,

14

2013), denying Attorney Joseph Kitto's motion for leave to appear *pro hac vice* in that case.

15
Exhibit A.

16
         Not later than September 6, 2013, Attorney Kitto is ORDERED to SHOW CAUSE in
17
writing why the Court should not vacate its April 16 order granting Attorney Kitto leave to appear
18
*pro hac vice* in this case, ECF No. 10, and why the Court should not enter a new and different
19
order denying Attorney Kitto leave to appear *pro hac vice* and terminating him as an attorney in
20
this action.
21
         **IT IS SO ORDERED.**
22
Dated: August 30, 2013
23

24                                                  _____
                                                           JON S. TIGAR
                                                      United States District Judge
25

26

27

28