UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN HARRISON, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ROBINSON RANCHERIA BAND OF POMO INDIANS BUSINESS COUNCIL,<br><br>　　　　Defendant. | Case No.  13-cv-01413-JST<br><br>**ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT VACATE ITS PREVIOUS ORDER GRANTING LEAVE FOR ATTORNEY KITTO TO APPEAR** *PRO HAC VICE* |

　　　The Court is in receipt of Chief Judge Wilken's recent order in Swearinger v. Paskenta Band of Nomlaki Indians Tribal Business Council, Case No. 13-cv-2642-CW (N.D. Cal. Aug. 28, 2013), denying Attorney Joseph Kitto's motion for leave to appear *pro hac vice* in that case. Exhibit A.

　　　Not later than September 6, 2013, Attorney Kitto is ORDERED to SHOW CAUSE in writing why the Court should not vacate its April 16 order granting Attorney Kitto leave to appear *pro hac vice* in this case, ECF No. 10, and why the Court should not enter a new and different order denying Attorney Kitto leave to appear *pro hac vice* and terminating him as an attorney in this action.

　　　**IT IS SO ORDERED.**

Dated: August 30, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge