LESTER J. MARSTON
California State Bar No. 081030
RAPPORT AND MARSTON
405 West Perkins Street
Ukiah, CA 95482
Telephone: 707-462-6846
Facsimile:  707-462-4235
e-mail: marston1@pacbell.net

Attorneys for Defendant
Robinson Rancheria Citizens Business Council

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALAN AND CHRISTINA HARRISON, ROBERT QUITIQUIT, KAREN RAMOS, INEZ SANDS, and REUBEN WANT, <br><br>Plaintiffs, <br><br>v. <br><br>ROBINSON RANCHERIA BAND OF POMO INDIANS BUSINESS COUNCIL, DOES <br><br>Defendants. | Case No.  C-13-01413 JST <br><br>STIPULATION MODIFYING BRIEFING SCHEDULE AND ORDER THEREON <br><br>DATE:    September 19, 2013 <br>TIME:    2:00 p.m. <br>CTRM.:  9, 19th Floor <br>JUDGE: Hon. Jon S. Tigar |

The parties, by and through their respective, undersigned legal counsel, hereby stipulate as follows:

1. Counsel for defendants was engaged in compact negotiations on August 28, 2013, is leaving on a previously scheduled family vacation on August 29, 2013 and will not be returning until September 3, 2013, and therefore needs additional time to file the defendants' reply to the plaintiffs' Opposition to the defendants motion to dismiss.

2. Defendants therefore, shall file their reply to the plaintiffs' Opposition to the defendants motion to dismiss on or before September 6, 2013.

3. The hearing in this case presently scheduled for September 19, 2013, shall not be changed.

4. The Parties further agree that the Court may enter an appropriate order pursuant to this stipulation.

DATED: August 29, 2013                    RAPPORT AND MARSTON

By: /s/ Lester J. Marston
LESTER J. MARSTON
Attorney for Defendant Robinson Rancheria
Citizens Business Council

DATED: August 29, 2013                    LAW OFFICES OF JOSEPH L. KITTO

By: /Joseph K. Kitto
JOSEPH K KITTO
Attorney for Plaintiffs

## ORDER

Having read the foregoing stipulation and good cause appearing therefore,

IT IS HEREBY ORDERED, that the parties should carry out all of the terms of the above stipulation.

DATED:   September 3, 2013

By: _____
JON S. TIGAR
United States District Court Judge