UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN HARRISON, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>ROBINSON RANCHERIA BAND OF POMO INDIANS BUSINESS COUNCIL,<br><br>            Defendant. | Case No.  13-cv-01413-JST<br><br>**ORDER TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED WITH PREJUDICE PURSUANT TO RULE 41(B)** |

On September 30, this Court dismissed the complaint in this action without prejudice for lack of subject-matter jurisdiction, and noted that "[i]f Plaintiffs wish to amend their complaint to correct the deficiencies identified in this Order and validly invoke the Court's subject-matter jurisdiction, they are ORDERED to do so not more than twenty-one days from the date of this order." ECF No. 36.  The Court noted that "[f]ailure to comply with this order will result in dismissal with prejudice." Id.  Plaintiffs have not filed an amended complaint or any other submission with this Court.

Plaintiffs are therefore ORDERED to SHOW CAUSE in writing, not later than November 7, 2013, why the complaint should not now be dismissed WITH PREJUDICE pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.  The Order to Show Cause will be heard on November 14, 2013, at 2:00 P.M., 450 Golden Gate Avenue, Courtroom 9, 19th Floor, San Francisco, California.  If Plaintiffs again fail to respond to this order, the Court will consider that as an important factor in determining whether dismissal with prejudice is appropriate.

**IT IS SO ORDERED.**

Dated: October 22, 2013

_____
JON S. TIGAR
United States District Judge