UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN HARRISON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ROBINSON RANCHERIA BAND OF POMO INDIANS BUSINESS COUNCIL,<br><br>    Defendant. | Case No. 13-cv-01413-JST<br><br>**ORDER VACATING HEARING ON MOTION FOR SANCTIONS**<br><br>Re: ECF No. 32 |

Before the Court is Defendant's Motion for Sanctions. ECF No. 32. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds that the parties' briefs have thoroughly addressed the issues, rendering the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for November 14, 2013, is hereby VACATED. The Order to Show Cause, ECF No. 38, remains on calendar for that date.

**IT IS SO ORDERED**.

Dated: November 5, 2013

_____
JON S. TIGAR
United States District Judge